Andrew C. Dalton, Esq.
DALTON & ASSOCIATES, P.A.
Cool Spring Meeting House
1106 West 10th Street
Wilmington, DE 19806
Telephone: (302) 652-2050
Facsimile:
adalton@dalton.law

William W. Palmer, Esq. (SBN 146404)
(*Pro Hac Vice Counsel*)
PALMER LAW GROUP, a PLC
2443 Fair Oaks Boulevard, No. 545
Sacramento, CA 95825
Telephone: (916) 972-0761
Facsimile:  (916) 972-0877
wpalmer@palmercorp.com

Jonathan S. Massey, Esq.
Bret R. Vallacher, Esq.
Matthew E. Layden, Esq.
(*Pro Hac Vice Counsel*)
MASSEY & GAIL LLP
1000 Maine Ave. SW
Suite 450
Washington, D.C. 20024
Telephone: (202) 650-5452
Facsimile: (312) 379-0467
jmassey@masseygail.com
bvallacher@masseygail.com
mlayden@masseygail.com

*Attorneys for Plaintiff Vial and proposed Class Members*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| JAIME VIAL, as representative of the heirs of Rene Correa Borquez and on behalf of other persons similarly situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>BRENDA MAYRACK, in her individual capacity and official capacity as DIRECTOR OF THE OFFICE OF UNCLAIMED PROPERTY OF THE STATE OF DELAWARE, BRIAN WISHNOW, in his official capacity as the Assistant Director Enforcement of the Office of Unclaimed Property; and RICHARD J. GEISENBERGER, in his official capacity as the Secretary of Finance for the State of Delaware,<br><br>　　　Defendants. | Case No.:  1:24-cv-01313-MN<br><br>**MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

1

## MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65 and applicable law, Plaintiff Jaime Vial (as legal representative of the heirs of Rene Correa Borquez) hereby moves this Honorable Court, on behalf of himself and all others similarly situated for a temporary restraining order and a preliminary injunction against Defendants Brenda Mayrack, in her individual capacity and official capacity as the Director of the Office of Unclaimed Property of the State of Delaware ("Director"), Brian Wishnow, in his official capacity as the Assistant Director Enforcement of the Office of Unclaimed Property, Richard J. Geisenberger, in his official capacity as the Secretary of Finance for the State of Delaware, and Colleen C. Davis, in her official capacity as the Treasurer for the State of Delaware (collectively, "Defendants"), for the reasons stated in the attached memorandum.

Dated: December 30, 2024

Respectfully submitted,

*/s/ Andrew C. Dalton*
Andrew C. Dalton, Esq.
DE Bar No: 5878
DALTON & ASSOCIATES, P.A.
Cool Spring Meeting House
1106 West 10th Street
Wilmington, DE 19806
Telephone: (302) 652-2050
Email: adalton@dalton.law

William W. Palmer, Esq.
(*Pro Hac Vice Counsel*)
PALMER LAW GROUP, a PLC
2443 Fair Oaks Boulevard, No. 545
Sacramento, CA 95825
Telephone: (916) 972-0761
Email: wpalmer@palmercorp.com

Jonathan S. Massey, Esq.
(*Pro Hac Vice*)
Bret R. Vallacher, Esq.
(*Pro Hac Vice*)

Matthew E. Layden, Esq.
(*Pro Hac Vice*)
MASSEY & GAIL LLP
1000 Maine Ave. SW
Suite 450
Washington, D.C. 20024
Telephone: (202) 650-5452
Email: jmassey@masseygail.com
Email: bvallacher@masseygail.com
Email: mlayden@masseygail.com

*Attorneys for Plaintiff Vial and Class Members*

## **CERTIFICATE OF SERVICE**

I, Andrew C. Dalton, hereby certify that on this 30th day of December, 2024, filed the foregoing Motion for Temporary Restraining Order and Preliminary Injunction with the Clerk of Court using the CM/ECF system, and served the same documents via process server on Defendants.

*/s/ Andrew C. Dalton*
Andrew C. Dalton
Attorney for Plaintiff